# Order

**Michigan Supreme
Court
Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

150364(92)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HELEN YONO,
   Plaintiff-Appellee,

v

            SC: 150364

DEPARTMENT OF TRANSPORTATION,
   Defendant-Appellant.
_____/

            COA: 308968
            Ct of Claims:  11-000117-MD

   On order of the Chief Justice, the motion of the Michigan Municipal League and the Michigan Townships Association to participate as amicus curiae and to extend the time to file an amicus curiae brief in support of the application for leave to appeal is GRANTED.  The amicus brief submitted on February 3, 2015, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015


_____   _____